Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

                    IN THE UNITED STATE BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF TEXAS
                                ABILENE DIVISION

| IN RE: | § | CASE NO. 12-10239-RLJ-13 |
|---|---|---|
| Dawn Tennie Jenkins | § | |
| | § | CHAPTER 13 |
| | § | |
| Debtor | § | |

### MOTION FOR MORATORIUM OF MONTHLY PLAN PAYMENTS

NOW COMES the Debtor herein, by and through attorney, Monte J. White, pursuant to 11 U.S.C. §1329, and respectfully submits this MOTION FOR MORATORIUM OF MONTHLY PLAN PAYMENTS and states as follows:

1. That the Debtor herein filed a Voluntary Petition under Chapter 13 of Title 11 of the United States Code on 8/14/2012. The Plan was confirmed on 11/5/2012

2. Debtor lost her part-time job and is seeking another one. She needs time to find employment and catch up on past-due current living expenses.

3. Debtor requests that the Court suspend plan payments for 3 months (February-April 2014). Debtor proposes to make up the current plan arrears and the missed payments by making plan payments of $707.00 per month starting in May 2014 for the remaining 40 months of the plan. Plan base would increase to $38,021.00.

4. Debtor requests that attorney fees and costs of $400.00 be paid by the Chapter 13 Trustee through the plan to Monte J. White & Associates, P.C. for the preparation and filing of this Motion.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that the payment schedule be suspended for the three-month period (February-April 2014) to insure proper success of the plan and that monthly payments of $707.00 resume in May 2014, and that attorney fees and costs of $400.00 are allowed to Monte J. White for this Motion, and for any and further relief to which she may be entitled.

Respectfully submitted,

/s/Monte J. White

**IMPORTANT NOTICE**

**PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT 306 GEORGE H MAHON BLDG, FEDERAL COURT HOUSE, 1205 TEXAS AVENUE, LUBBOCK, TX 79401-4002 BEFORE 4:30 P.M. BY TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**UNDER BANKRUPTCY RULE 9006(A), SERVICE BY MAIL IS COMPLETE UPON MAILING. UNDER BANKRUPTCY RULE 9006(F), THREE (3) DAYS ARE ADDED TO PERIOD FOR ANSWER OR OTHER RESPONSE WHEN SERVICE IS BY MAIL.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF OR THE NOTICE ACTION MAY BE TAKEN.**

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on January 28, 2014, the office of the Chapter 13 Trustee was contacted and this office was advised that the Trustee

☑ does not oppose the motion

☐ opposes the motion

s/Monte J. White
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on January 29, 2014, on all parties on the mailing matrix:

                                                          /s/Monte J. White
                                                          Attorney for Debtor(s)

```
Label Matrix for local noticing          United States Trustee                    306 Federal Building
0539-1                                   1100 Commerce Street                     1205 Texas Avenue
Case 12-10239-rlj13                      Room 976                                 Lubbock, TX 79401-4037
Northern District of Texas               Dallas, TX 75242-0996
Abilene
Tue Jan 28 14:11:15 CST 2014

AZUREA I, LLC                            CAPITAL ONE BANK -USA, N.A.              Callahan County
C O WEINSTEIN AND RILEY, PS              PO Box 12907                             co Lee Gordon
2001 WESTERN AVENUE, STE 400             Norfolk VA 23541-0907                    P.O. Box 1269
SEATTLE, WA 98121-3132                                                            Round Rock, TX 78680-1269


Callahan County Tax A-C                  Cap One-Direct Rewards                   Capital One Auto Finance
100 W 4th Street, Ste 101                Po Box 5253                              3905 N Dallas Pkwy
Baird, TX 79504-5300                     Carol Stream, IL 60197-5253              Plano, TX 75093-7892


Capital One Auto Finance                 Capital One Auto Finance, CO Ascension Capit   Capital One, N.a.
CO Ascension Capital Group               P.O. Box 201347                          Capital One Bank -USA N.A.
P.O. Box 201347                          Arlington, TX 76006-1347                 PO Box 30285
Arlington, TX 76006-1347                                                          Salt Lake City, UT 84130-0285


Chase                                    (p)CITIBANK                              Credit One Bank
10790 Rancho Bernardo Rd                 PO BOX 790034                            PO Box 98873
San Diego, CA 92127-5705                 ST LOUIS MO 63179-0034                   Las Vegas, NV 89193-8873


Dawn Tennie Jenkins                      (p)DELL FINANCIAL SERVICES               Gemb-chevron
P.O. Box 137                             P O BOX 81577                            Attention: Bankruptcy
Clyde, TX 79510-0137                     AUSTIN TX 78708-1577                     PO Box 103104
                                                                                  Roswell, GA 30076-9104


Internal Revenue Service                 (p)INTERNAL REVENUE SERVICE              JPMorgan Chase Bank, National Association
1100 Commerce                            CENTRALIZED INSOLVENCY OPERATIONS        CO BDFTE, LLP
MC 5029 DAL                              PO BOX 7346                              15000 Surveyor Blvd Suite 100
Dallas, TX 75242-1100                    PHILADELPHIA PA 19101-7346               Addison, TX 75001-4417


JPMorgan Chase Bank, National Association   LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns
Mail Code LA4-5555                       assignee of FNBM LLC                     assignee of One Main Financial Inc.
700 Kansas Lane                          Resurgent Capital Services               Resurgent Capital Services
Monroe, LA 71203-4774                    PO Box 10587                             PO Box 10587
                                         Greenville, SC 29603-0587                Greenville, SC 29603-0587


(p)MICHAEL REED OR LEE GORDON            Monte J. White & Associates, P.C.        Onemain Fi
PO BOX 1269                              402 Cypress, Suite 310                   Po Box 499
ROUND ROCK TX 78680-1269                 Abilene, TX 79601-5151                   Hanover, MD 21076-0499


PRA Receivables Management, LLC          (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for
POB 41067                                PO BOX 41067                             MOMA Funding LLC
NORFOLK, VA 23541-1067                   NORFOLK VA 23541-1067                    PO Box 788
                                                                                  Kirkland, WA 98083-0788
```

```
Quantum3 Group LLC as agent for      Sears-cbna                           Wells Fargo Card Ser
World Financial Network Bank         133200 Smith Rd                      1 Home Campus
PO Box 788                           Cleveland, OH 44130                  3rd Floor
Kirkland, WA  98083-0788                                                  Des Moines, IA 50328-0001


Wfnnb-catherines                     Dawn Tennie Jenkins                  Pamela Jean Chaney
4590 E Broad St                      12117 County Rd 250                  Monte J. White & Associates, P.C.
Columbus, OH 43213-1301              Clyde, TX 79510-6151                 American State Building
                                                                          402 Cypress, Ste. 310
                                                                          Abilene, TX 79601-5151


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank Sd, Na                      Dell Financial Services              (d)Dell Financial Services, LLC
Attn: Centralized Bankruptcy         1 Dell Way                           Resurgent Capital Services
PO Box 20507                         Round Rock, TX 78682                 PO Box 10390
Kansas City, MO 64195                                                     Greenville, SC 29603-0390


Internal Revenue Service             Michael Reed                         Portfolio Recovery Associates, LLC
PO Box 21126                         McCreary Veselka, Bragg & Allen P.C. CO Capital One, Na
Philadelphia, PA 19114               PO Box 1269                          POB 41067
                                     Round Rock, TX 78680                 Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC
CO Sears Premier Card
POB 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Callahan County                   (u)Capital One Auto Finance          (u)JPMorgan Chase Bank, National Association
co Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269


(d)PRA Receivables Management, LLC   End of Label Matrix
POB 41067                            Mailable recipients    36
Norfolk, VA 23541-1067               Bypassed recipients     4
                                     Total                  40
```